**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JULIE FREEMAN** **PLAINTIFF**

**v.** **Case No: 4:25-cv-00939-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner is affirmed. The relief sought is denied.

It is so adjudged this 25th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge